■ In the Matter of LAURA M. SCHULTZ, Appellant, v KARL F. SCHULTZ, Respondent. (Appeal No. 3.) [966 NYS2d 737]—Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered January 19, 2012. The order dismissed the amended petition.

It is hereby ordered that the order so appealed from is unanimously vacated without costs.

Same memorandum as in *Matter of Schultz v Schultz* ([appeal No. 2] 107 AD3d 1616 [2013]). Present—Centra, J.P., Peradotto, Sconiers, Valentino and Whalen, JJ.

■ In the Matter of JAMES R. LENNEY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [967 NYS2d 863]—Order of suspension entered. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed June 12, 2013)